UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

INDICTMENT NO. CR 124-0012

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) |
| v. | ) 21 U.S.C. § 841(a)(1) <br> ) Possession with Intent to a |
| GARLAND D. WILLIAMS | ) Distribute a Controlled Substance <br> ) (Methamphetamine) <br> ) <br> ) 18 U.S.C. § 924(c) <br> ) Possession of a Firearm During and <br> ) in Relation to a Drug Trafficking <br> ) Crime |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 1, 2023, in Burke County, within the Southern District of Georgia, the Defendant,

**GARLAND D. WILLIAMS,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).



## COUNT TWO
*Possession of a Firearm During and in Relation to a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about March 1, 2023, in Burke County, within the Southern District of Georgia, the Defendant,

**GARLAND D. WILLIAMS,**

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute a Controlled Substance (Methamphetamine), in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21, United States Code set forth in this Indictment, the above-listed Defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s), including but not limited to a Savage Arms model 120, .22 caliber rifle (S/N C902709); a Sun City Machinery model Stevens 320, 12 gauge shotgun (S/N 176455B); and any and all ammunition seized therewith.

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of any offense alleged in this Indictment, the above-listed Defendant shall forfeit to the United States any firearm and ammunition involved in that offense, including but not limited to a Savage Arms model 120, .22 caliber rifle (S/N C902709); a Sun City Machinery model Stevens 320, 12 gauge shotgun (S/N 176455B); and any and all ammunition seized therewith.

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

3

  c.  has been placed beyond the jurisdiction of the court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

             A True Bill.

_____  _____
Jill E. Steinberg          Darron J. Hubbard
United States Attorney       Assistant United States Attorney
                        *Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division